# Exhibit 3



Virginia:

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

Plaintiff          Janice Henderson

Vs

Defendant No. 2     Kristin Lewis

> Director Of Human Resources
>
> 12150 Tech Rd, Silver Spring
>
> MD 20904
>
> 301-625-5920
>
> klewis@janjer.com

Ms. Lewis; Director of Human resources of Janjer enterprise. responsible for preparing the report and disciplinary action that led to the alleged the harassment, and Intimidating injury, Ms. Lewis has information pertaining to Plaintiff's allegation in her complaint that she was subjected to Harassment and Intimidating injury in violation of Title VII of the Civil Right Act of 1964,

Federal code 40. 1-27.1. discharge of employee for absence due to work related injury. Federal Code 40.1-27.3 prohibited retaliation of action against employee is prohibited.   40.1-28.1.

Under federal code act Unlawful employment practice / 8 U.S.C. 1324a(a)(1)(A)

Defendant No.3      Bill Chapman

    Area Manager

    12150 Tech Rd, Silver Spring

    MD 20904

    301-625-5920

    bill@janjer.com

Mr. Chapman   Area Manager who supervises the area district. Regarding the alleged of harassment and intimating and injury. Mr. Chapman has information pertaining to the Plaintiff's allegation in her complaint that she was subjected to harassment and intimidating, as well injury in violation of Federal code   40. 1-27.1.   40.1-27.3  40.1-28.1. Under federal code act Unlawful employment practice/8U.S.C. 1324a(a)(1)(A) VII of the Civil Right Act of 1964,

Defendant No.4    Thi Lee

    District Manager

    6418 Springfield Plz.

    Springfield VA. 22150

703-5697371

lee@janjer.com

Ms. Lee  District Manager.  Janjer Enterprise Inc. She was the training manager.

Ms. Lee was the alleged harasser Mr. Chapman, Manager. Ms. Lee has information relating to Plaintiff's allegation in her complaint that she was subjected to harassment in violation of Federal code    40. 1-27.1. 40.1-27.3  40.1-28.1.  Under federal code act Unlawful employment practice / 8 U.S.C. 1324a(a)(1)(A) VII of the Civil Right Act of 1964,

Defendant No. 5         Nimisha

        Assistant Manager

        6418 Springfield Plz.

        Springfield VA. 22150

        703-5697371

Ms. Nimisha is Assistant Manager work for Janjer enterprise.
Ms. Nimisha has information relating to Plaintiff's allegation in her complaint that she was subjected to harassments / intimidating and injury. In Violation code    40. 1-27.1.     40.1-27.3  40.1-28.1.  Under federal code act Unlawful employment practice / 8 U.S.C. 1324a(a)(1)(A) VII of the Civil Right Act of 1964,

Defendant No. 6      Andrew

                             Assistant Manager

                             6418 Springfield Plz.

                             Springfield VA. 22150

                             703-5697371

Mr. Andrew Assistant Manager for Janjer Enterprise

Mr. Andrew has information pertaining to injury toward Plaintiff's allegation in her complaint that she was subjected Harassment in violation code     40. 1-27.1.     40.1-27.3   40.1-28.1.  Under federal code act Unlawful employment practice / 8 U.S.C. 1324a(a)(1)(A) VII of the Civil Right Act of 1964,


Defendant No. 7      Alyssa Sherman

                             Director of Operations

                             9624 Pennsylvania Ave.

                             Upper Marlboro

                             MD 20772

                             301-599-2108

                             alyssa@atlanticpersonnel.com


                 Ms. Sherman Director of operation recruiting

Ms. Sherman is the one who recruiting me for the Assistant Manager position with Janjer Enterprise. Ms. Sherman regarding the

alleged harasser Ms. Lee Ms. Sherman has information pertaining to Plaintiff's allegation in her complaint that she was subjected to harassment in violation of code    40. 1-27.1.    40.1-27.3   40.1-28.1. Under federal code act Unlawful employment practice / 8 U.S.C. 1324a(a)(1)(A) VII of the Civil Right Act of 1964,

Defendant No. 8      Vincent Sciascia

Claims Adjusters

Po Box 32045

Lakeland, FL

33802

704-264-3111

claimsmail@employers.com

Mr. Sciascia is the claim adjuster for Janjer Enterprise Inc.

Mr. Sciascia is no longer represent Janjer Enterprise Inc. Mr. Sciascia has information relating to plaintiff's allegation in her complaint that she was subjected to harassment injury and intimidating in violation code    40. 1-27.1.    40.1-27.3   40.1-28.1. Under federal code act Unlawful employment practice / 8 U.S.C. 1324a(a)(1)(A) VII of the Civil Right Act of 1964,