# Exhibit 4

## Statement of Facts

I start training September 15, 2020, at 8:am in morning with Thi Lee the training manager, at the time I meet six other trainees. On Wednesday Thi, call the trainee to come to the front because she wanted to show us how to make all the different rice and the Popeyes chicken menu. Thi asks us some question about how many pieces of chicken you put in the box and how many biscuits as well as how do you make all the rice, I did not understand her question and she replies "you can't count" the other trainees Saw the humor in what she said. when I ask her to repeat the question, because I was thinking maybe there is a language barrier, because of how she speaks to me. That is when her behavior towards me changes for the worse. She began shouting at me as if I was her adolescent.

Whenever she asks me a question and I did not answer her question, she ask me "how you can become a manager if you cannot answer my questions, and said you need to know this and you need to know this at that time." I then realized she began to make me the subject of the day and it continue relentlessly to make me the subject of her ridicule each day. Then she said to me, "I don't want you to think I am picking on you, I am just trying to help you." I did not say anything I just wanted to finish the training for this position, because I felt this was not encouragement and constructive criticism in her tone and in her delivery when she talked to me specifically. That was Wednesday, on Thursday this behavior continued embarrassing me in front of the other trainees again. She began to say, "some of you do not know how to count and do math, you're not going to make it through you probably need to go back to elementary school and started laughing." She said "go home to study or learn how to use a calculator or study a math book. I was feeling very upset at this point. I knew because of the prior embarrassment in

front of the other employees the day before she was referring to me. So, other employees began asking me idiotic questions about if I know how to do math. The manager Thi had never taken me to the side or approach me privately to ask me about if I can count of if I have a formal education. I contended at this point I had taken all the callous insults and harassment from the training manager Thi. So, I preceded to make a formal complaint because I could not continue in the weeks to come training under this kind of pressure and harassment. So, I contacted Mrs. Alyssa alyssa@atlanticpersonnel.com Date: Sun, Sept. 20, 2020, 6:39 PM.

Who is my recruiter that assisted me in being hired? I made a formal complaint explaining what was happening to me each day and telling her how I felt like quitting and I requested a transfer in which afterwards, I was told by human resource Mrs. Kristin and Mr. Bill general manager they had no other store location to transfer me too. Below are the emails that transpired.

From: Alyssa alyssa@atlanticpersonnel.com Sent: Sunday, September 20, 2020, 5:10 PM

From: Alyssa alyssa@atlanticpersonnel.com

Sent: Sunday, September 20, 2020 1:30 PM

To: Kristin Lewis klewis@janjer.com

Subject: Check in

Kristin. I had my week 1 check in with Janice. She is going to be great. She really respects and enjoys Jose! She did give me some feedback about her trainer that I really think you and Bill may want to hear. I told her to write down specifics and have them ready. She is off until Tuesday. May I call you tomorrow to give you an idea of what you might need to address?

Mrs. Alyssa contacted Human Resource, Mrs. Kristin Lewis

To: Kristin Lewis klewis@janjer.com

Subject: RE: Check in

That's fine. To summarize, she gave me very specific examples of the trainer shaming the trainees in public, insulting them, and being generally sarcastic. She said she is difficult to understand on occasion and when so one asks her to repeat herself, she will pile on insults. I hate to be involved but I don't want this to be an ongoing thing.

Mrs. From: Kristin Lewis klewis@janjer.com

Date: 9/20/20 6:17 PM (GMT-05:00)

To: Alyssa alyssa@atlanticpersonnel.com

Subject: RE: Check in

This is unacceptable and to be perfectly honest the second complaint I received on this training.
I'm disappointed to hear this. I will have Bill on sight this week and we will also address all the issues going on there. Thanks for letting me know, it just confirms the concerns that we brought to me earlier this week. Please know I will be all over this, I do not condone this behavior. Thanks again for sharing, I truly appreciate the feedback. I cannot fix something I am unaware of. Kristin Lewis CPP, Director of Human Resources Janjer Enterprises, Inc. Phone:301-625-5920 Fax: 301-625-5928, 12150 Tech Rd. Silver Spring|MD|20904, E-mail: klewis@janjer.com

    I feel strongly this was a failure of Reckless negligence from Human resource Kristin Lewis to Mitigate the issues of being allowed in a place of employment working without proper employment records or signing employment documentation. As a result of an on-the-job injury where I was cut across my

forehead with a box cutter. I was *shocked and traumatize* as I followed the supervisors for that day to Inova hospital where I was treated and release to go home. I was home recovering at home, when I receive a call from Mr. Bill who was the manager, asking me to send him a picture of the head wound to see how serious it was, and I did send a picture even though I felt as if that was an insult and harassment to me. I was removed and relocated to a remote location in Newmarket Virginia. When I realized how distant the new market location where from my place of employment and my home I immediately called and notified the supervisor that I could not travel that far moreover, I was still recovering from my injury pain and Suffering. I feel strongly this was a form of retaliation against me because, I got injured on the job and this was a method they were using to terminate me. This was outside of the agreement too initially have me train in the Springfield location where I made complaints prior to this incident of harassment and intimidation by the training supervisor. This continued even after I was out of the emergency room recovering from the suffering injury, harassment, and retaliation, I ask the Department of Equal opportunity

Employment Commission to step in act and give me justice in this case.
Respectfully submitted Janice Henderson

11205 Troy Rd

Rockville MD 20852

2407028771

Janicehenderson92@gmail.com