# Exhibit 6

Virginia:

FILED
:CIVIL INTAKE

2021 OCT -8 PM 4:03

JOHN T. FREY
CLERK. CIRCUIT COURT
FAIRFAX. VA

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

2021 - 14009

| | |
|---|---|
| Plaintiff | Janice Henderson *petiton* |
| Vs | |
| Defendant | Janjer Enterprises |

### Statement of Facts

I was terminated unjustly because I sustained an injury on the job while I was in training as assistant supervisor. I made complaints prior to this incident of harassment and intimidation by the training supervisor. I had requested on serval occasions, for my employment paperwork to justify my being employed by Popeyes just to be ignored or given a vague excuse, by the training supervisor saying not to worry about it. I was concerned because all the other training supervisors had completed their employment application and I had not signed any documentation for employment. I started training on September 15, 2020, at 8:00 A.M. in the morning with trainer manager Thi, at this time I meet six other trainees. On that Wednesday manager Thi called all trainees to come to the front because, she wanted to show us how to make all the different types of rice and the Popeyes chicken menu Thi ask us some question about how many pieces of chicken do you put into the box and how many biscuits as well as how do you make all the rice. I did not understand her question and she reply "you can't count" the other trainees observe the humor in what was said. When I ask her to repeat the question, because I was thinking maybe there is a language barrier, because of how she speaks to me. That is when her behavior towards me changes for the worst. She began shouting at me as if I was an adolescent. - **Please see attach sheet label Janice Henderson equal opportunity employment commission. I would like to pursue legal action against the Janjer enterprise.**

Janice Henderson

*/s/ Janice Henderson*

11205 troy road Rockville Maryland 20852

240-702-8771

Janicehenderson92@gmail.com