# Exhibit 9

**VIRGINIA: IN THE CIRCUIT COURT FOR FAIRFAX COUNTY**

| | |
|---|---|
| JANICE HENDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>JANJER ENTERPRISES, INC. *et al.*,<br><br>    Defendants. | Case No.: CL-2021-0014009 |

**DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL**

NOTICE IS HEREBY PROVIDED, pursuant to 28 U.S.C. § 1446(d), that on December 20, 2021, Defendants Janjer Enterprises, Inc, Kristin Lewis, and Bill Chapman (collectively "Defendants"), filed a Notice of Removal, removing this action to the United States District Court for the Eastern District of Virginia, Alexandria Division. Accordingly, pursuant to 28 U.S.C. § 1446(d), no further proceeding may be had herein unless and until the case is remanded. A true and accurate copy of the Notice of Removal is attached hereto.

Dated: this 20th day of December, 2021

Respectfully submitted,

_____
K. Maxwell Bernas
VA Bar No. 90553
kmbernas@fordharrison.com
FORDHARRISON LLP
1300 19th Street, NW, Suite 420
Washington, DC 20036
Telephone: (202) 719-2000
Facsimile: (202) 719-2077

*Attorney for Defendants*
*Janjer Enterprises, Inc., Kristin Lewis,*
*and Bill Chapman*

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th day of December 2021, I caused the foregoing Notice of Filing of Notice Removal to be served, via first-class United States mail, postage prepaid, on the following:

Janice K. Henderson
11205 Troy Road
Rockville, MD 20852
*Pro Se Plaintiff*

Thi Lee
6418 Springfield Plaza,
Springfield, VA 22150
*Defendant*

Nimisha
6418 Springfield Plaza
Springfield VA 22150
*Defendant*

Andrew
6418 Springfield Plaza
Springfield, VA 22150
*Defendant*

Alyssa Sherman
9624 Pennsylvania Avenue
Upper Marlboro, MD 20722
*Defendant*

Vincent Sciascia
PO Box 3205
Lakeland, FL 33802
*Defendant*

                                                                 */s/ K. Maxwell Bernas*
                                                                  K. Maxwell Bernas
                                                                  Virginia Bar No. 90553

WSACTIVELLP:12781281.1